**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Ruben Tovar BALLEZA, also known as
Rosando Tobar Balleza, also known
as Rosendo Tovar-Ballesa, also known
as Rosendo Balleza Tovar, also known
as Rosendo Tovar Balleza, also known
as Rosendo Tovar-Balleza, also known
as Rosando T. Balleza, also known as
Rosendo Tovar, also known as Ruben
Tovar-Balleza, also known as Rosendo
Billesma Tovar, also known as Tosan-
do Tobar Balleza, also known as Pe-
dro Lezama, also known as Rosendo
Towar, also known as Ruben Balleza,
also known as Rosando Tobar, Defen-
dant-Appellant**

**No. 17-20264
Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed December 20, 2017

Carmen Castillo Mitchell, Assistant U.S.
Attorney, U.S. Attorney's Office, Southern
District of Texas, Houston, TX, for Plain-
tiff-Appellee

Ruben Tovar Balleza, Pro Se

Before JONES, DENNIS, and
GRAVES, Circuit Judges.

\* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

**PER CURIAM:** \*

The Federal Public Defender appointed
to represent Ruben Tovar Balleza has
moved for leave to withdraw and has filed
a brief in accordance with *Anders v. Cali-
fornia*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), and *United States v.
Flores*, 632 F.3d 229 (5th Cir. 2011). Tovar
Balleza has not filed a response. We have
reviewed counsel's brief and the relevant
portions of the record reflected therein.
We concur with counsel's assessment that
the appeal presents no nonfrivolous issue
for appellate review. Accordingly, counsel's
motion for leave to withdraw is GRANT-
ED, counsel is excused from further re-
sponsibilities herein, and the APPEAL IS
DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.